IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIAS LIME,<br><br>Defendant. | CR 06–07–M–DWM<br><br><br>ORDER |

Defendant Elias Lime's Unopposed Motion for Early Termination of Supervision is now before the Court. (Doc. 44.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 44) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

IT IS FURTHER ORDERED that Defendant's federal obligation to register as a sex offender is reduced by five years and is therefore effectively terminated. *See* 34 U.S.C. § 20915(b). However, Defendant must petition the state court for relief from the registration requirements imposed by Montana law. Until he successfully does so, he must continue to register as a sex offender

with the State of Montana.

DATED this 24th day of September, 2025.

_____
Donald W. Molloy, District Judge
United States District Court